# Red Zone Consulting Services, L.L.C.

Discon Law Firm
Mr. Thomas Discon
424 North Causeway Blvd., Suite A
Mandeville, LA 70448

Re: Robert Carr
DOB: [redacted]
DOI: 11/28/2018

September 24, 2020

## Life Care Plan Report

This report was requested related to injuries Mr. Robert Carr sustained on 11/28/2018. A Life Care Plan report is intended to outline future medical care, as well as evaluate ones vocational potential and employability as it relates to an event or occurrence. The recommendations included in this report were obtained from the medical records provided, an interview with Mr. Carr, the opinion of his treating physician, vocational testing, the Dictionary of Occupational Titles, and associated research with local vendors.

While it is not possible to accurately predict future medical and technological innovations, or predict all of the complications associated with a disease or disability, the charts associated with this report are provided to outline what can reasonably be anticipated given the current information and knowledge of usual and customary clinical recommendations. The recommendations considered in a Life Care Plan are those recommendations that are reasoned a medical necessity with greater than 50% chance of occurring. In order to correctly fund future care, the frequency and duration of recommended treatment needs to be medically related and is determined based on a probability of occurring (greater than 50%).

The life expectancy table is utilized and was obtained from the CDC U.S. Life Tables 2017, Table 2, based on gender, Volume 68, Number 7, revised June 24, 2019. A medical or statistical expert could be consulted for a more precise prediction.

I met with Mr. Carr on 8/20/2020 for a clinical interview and vocational testing. He was given my professional disclosure statement, was told there is no client/counselor relationship, and a report would be rendered in the matter.



**EXHIBIT 3**

**The following are records received and reviewed:**

All Industrial Medical Services; 5/10/2012- 3/6/2018;

Kevin Ricks: McComb Family Practice; 12/3/2018- 6/11/2019;

Y. Susi Folse, MD; Southern Bone & Joint Specialist; 5/7/2019- 6/1/2020;

William Molpus, MD; Forest Health; 5/23/2019, 6/4/2019;

Austin Smithers, DPT; Cory Johnson, DPT; Southern Bone & Joint Specialists; 9/9/2019- 9/24/2019;

Michael Patterson, MD; Southern Bone & Joint Specialists; 10/9/2019;

FCE Report; Julie Falla, OTD; Southern Bone & Joint Rehabilitation; 11/9/2019;

Donald Dietze, MD; Dietze & Logan Spine Specialist; 7/23/2020 – 9/9/2020.

**Summary of records reviewed:**

According to records on 11/28/2018, Mr. Robert Carr reported he was injured in a work-related accident. Mr. Carr stated he worked as a Tankerman and pulled on a cable for a boat when he felt a tearing sensation in his lower back. Dr. Carr reported he began to experience pain and suffering immediately.

**Dr. Kevin Ricks- Family Medicine: McComb Family Practice**

On 12/3/2018, Dr. Ricks diagnosed back pain. Dr. Ricks considered an MRI, an orthopedic referral and physical therapy (PT). Dr. Ricks ordered cyclobenzaprine HCL 10 mg TID.

On 12/26/2018, Dr. Ricks noted he believed Mr. Carr had a strained muscle and noted the MRI was not impressive. Dr. Ricks ordered PT and noted if it failed, he would order an orthopedic referral.

On 2/18/2019, Dr. Ricks diagnosed back pain and lumbar degenerative disc disease (DDD). Dr. Ricks made an orthopedic referral. Dr. Ricks noted Mr. Carr had not received any relief with conservative treatments.

On 6/11/2019, Dr. Ricks diagnosed the following: sleep disturbance, hypertension, hyperlipidemia, headache, back pain, lumbar bulging disc, and lumbar DDD. Dr. Ricks ordered Klonopin .5 mg QHS.

**Dr. Y. Susi Folse- PM&R: Southern Bone & Joint Specialist**

On 5/7/2019, Dr. Folse assessed lower back pain and other intervertebral disc degeneration- lumbar region. Dr. Folse noted unexplained symptoms based on the lumbar spine MRI, however Dr. Folse did not feel Mr. Carr was exaggerating his symptoms. Dr. Folse ordered a thoracic and a lumbar myelogram with post-CT. Dr. Folse kept Mr. Carr off work status and instructed him to follow-up one week after his imaging results were in.

On 6/6/2019, Dr. Folse noted evidence of protruding disc and some neuroforaminal narrowing at L3-4, L4-5, and L5-6. Dr. Folse kept Mr. Carr off work for eight weeks and ordered Tramadol HCL 50 mg Q8 PRN. Dr. Folse instructed Mr. Carr to follow-up in eight weeks.

On 7/30/2019, Dr. Folse diagnosed the following: lower back pain, other intervertebral disc degeneration - lumbar region, cervicalgia, and other cervical disc degeneration of cervical region. Dr. Folse ordered Cyclobenzaprine HCL 10 mg BID. Dr. Folse performed lumbar spine trigger point injections with no complications. Dr. Folse ordered six visits of PT with dry needling and instructed him to follow-up in six to eight weeks.

On 9/24/2019, Dr. Folse referred Mr. Carr to Dr. Patterson for a surgical opinion in regard to his lower back pain. Dr. Folse kept Mr. Carr off his current work status and home exercise program, continued medications (Tramadol and Cyclobenzaprine), and instructed him to follow-up in six weeks. Dr. Folse noted the lumbar spine X-Ray revealed DDD and facet OA at L4-5 and L5-S1.

On 11/20/2019, Dr. Folse reviewed and discussed the FCE with Mr. Carr. Dr. Folse noted Mr. Carr did not respond well to the injections, so he noted he would not repeat these. Dr. Folse considered therapy at intervals not to exceed twelve visits in a year's time. Mr. Carr was instructed to follow-up in three months. Dr. Folse continued Cyclobenzaprine HCL 10 mg BID.

On 11/20/2019, Dr. Folse made a final restrictions and impairment rating that noted the following: No lifting greater than 20 pounds, no push/pull greater than 30 pounds, allowed changes in positions from sitting to standing every 30 minutes as needed, only occasional crawling and only frequent bending, stopping, stairs and ladder climbing. Dr. Folse reported 1% WPI for work-related injury. Dr. Folse also outlined the need for medical management with follow-up appointments at three-month intervals.

On 3/11/2020, Dr. Folse noted since Dr. Patterson recommended non-surgical management, he put him at MMI and set him up for an FCE. Dr. Folse ordered Hydrocodone 10-300 mg, Norco 10-325 mg, and Cyclobenzaprine HCL 10 mg BID.

On 6/1/2020, Mr. Carr requested a second opinion in regard to his back and spine. Dr. Folse referred him to Dr. Dietze in Lacombe, Louisiana. Mr. Carr reported he was attempting to quit smoking and had switched to a nicotine patch. Dr. Folse continued Cyclobenzaprine HCL 10 mg BID.

**PT Austin Smithers & PT Cory Johnson: Southern Bone & Joint Specialists**

On 9/9/2019, PT Smithers & PT Johnson placed Mr. Carr on a PT treatment plan to treat lower back pain and muscle weakness. Mr. Carr received treatment from 9/9/2019- 9/24/2019.

**Dr. Michael Patterson- Orthopedic Spinal Surgeon: Southern Bone & Joint Specialists**

On 10/9/2019, Dr. Patterson diagnosed severe back pain. Dr. Patterson noted Mr. Carr failed extensive prolonged conservative care which included injections, medications and therapy and made no progress. Dr. Patterson noted he was not a surgical candidate due to his smoking and ordered an FCE and impairment rating. Dr. Patterson educated Mr. Carr on smoking cessations.

**OT Julie Falla: Southern Bone & Joint Rehabilitation**

On 11/11/2019, an FCE was conducted and revealed the following: Mr. Carr met the Class 1 impairment on the Lumbar Spine Regional Grid due to his lower back pain/DDD, the mid-range or default impairment lasted as a 2%, with a range of 0-3%, and received a 1% Whole Person Impairment (WPI). OT Falla reported Mr. Carr was unable to return to his job as an Inland Tankerman. OT Falla noted Mr. Carr demonstrated the ability to perform within the Light Physical Demand Category. OT Falla noted Mr. Carr was able to work full-time within the LGIT physical demand category, for up to 8 hours with alternate sitting and standing.

**Donald Dietze, MD- Spine Specialist: Dietze & Logan Spine Specialist**

On 7/23/2020, Dr. Dietze reviewed previous imaging and noted it revealed the following: mild to moderate central canal stenosis at L3-4, mild to moderate central canal stenosis at L2-3 with a right foraminal disc protrusion, and a desiccation of the L4-5 disc and L5-S1 disc. Dr. Dietze diagnosed lumbar back pain with radiculopathy affecting left lower extremity, lumbar disc disorder, lumbar spondylosis, and work related injury. Dr. Dietze noted he reviewed the records from Southern Bone & Joint Specialist and agreed Mr. Carr appeared to have a discogeni c pain syndrome and suspected the L3-4 plus/minus L4-5 discs by generating an annular fissure that has not healed completely. Dr. Dietze noted Mr. Carr had not had interventional treatment and recommended a trial of bilateral L3-4 and L4-5 lumbar facet joint medial branch blocks, and with a good response, proceed with radiofrequency ablation. If this treatment failed, then he recommended a lumbar discography to identify the annular fissures at L3-4 plus/minus L4-5, and if confirmed, surgery would be recommended. Dr. Dietze recommended an endoscopic discectomy with thermal annuloplasty, alternatively, fusion could be considered.

On 9/9/2020, Dr. Diezte assessed lumbar back pain with radiculopathy affecting left lower extremity, lumbar disc disorder, and lumbar spondylosis. Dr. Dietze reviewed the CT scan and MRI along with medical records from Southern Bone and Joint Specialist, and agreed with discogenic pain syndrome. Dr. Dietze opined Mr. Carr would need to undergo a lumbar discography to identify the annular fissures at L3-4 and L4-5. Medial Branch Blocks were performed and some relief was noted. Dr. Dietze discussed all treatment options, and Mr. Carr has indicated he would like to proceed with a discogram and more definitive treatment. Dr. Dietze refilled Mr. Carr's pain medications and ordered a Discogram and Post-Discogram CT Scan of the lumbar spine.

**Diagnostics**

**McComb Family Practice**

On 12/18/2018, a lumbar spine MRI revealed degenerative disc disease (DDD).

**Dr. William Molpus- Radiologist: Forrest General Hospital Imaging**

On 6/4/2019, Dr. Molpus performed a cervical, thoracic, and lumbar myelogram. The imaging revealed the following: multilevel degenerative change most prominent at C5-6 and C6-7 levels, root cut off involved the right sixth cervical root, and bony hypertrophic change or disc disease at this level may be considered.

On 6/4/2019, a lumbar spine CT revealed the following: mild multilevel degenerative change most prominent at the L3-4 level with a broad-based disc bulge, facet and ligamentum flavum hypertrophy noted, spinal canal was maintained, and other mild degenerative change noted was detailed above. A T-spine CT revealed the following: chronic changes that involved the lower cervical spine, mild multilevel degenerative change thoracic spine without evidence of acute injury or spinal canal compromise, and centrilobular emphysematous changes that involved the upper lobes bilaterally.

## Interview with Mr. Carr:

Mr. Robert Carr is 64 years of age, born on [redacted] He reported he became injured on 11/28/2018 when he was involved in a work related accident when working as a Tankerman for Enterprise Products. Mr. Carr reported he was securing fleet when he reached to grab a line that was tied to the boat, and felt a pull in his lower back. Mr. Carr was working in Texas at the time of the accident and reported first seeing a physician in Texas. He stated he then went to his primary care physician, Dr. Ricks, in December of 2018. Thereafter, he began treating with Dr. Folse who treated him through conservative measures such as medication management, injections, physical therapy, and dry needling. After failing conservative treatment, Dr. Folse placed him at MMI and referred Mr. Carr to seek the opinions of spine surgeon's Dr. Patterson and ultimately Dr. Dietze. To date, Mr. Carr has begun treating with Dr. Dietze who has performed a Medial Branch Block, and is recommending a discogram and surgical intervention as a definitive pain management option.

Mr. Carr currently takes Norco 10-325mg twice per day, Cyclobenzaprine HCI 10 mg, and Klonopin 0.5mg at bedtime. On a pain scale of 0-10, with 10 being the greatest amount of pain, Mr. Carr rated his daily pain as a 4-5. He reported he has difficulty with prolonged sitting, standing, and walking, and does not lift anything greater than 20 lbs. He reported he experiences numbness on his left side and down into his left leg. He soaks in hot water to alleviate pain.

**Education and Training:**

Mr. Carr attended Boothville Venice High School and completed the 10th grade. Mr. Carr did not obtain a GED. He reported he has the ability to handle money, operate a smartphone, and can perform basic reading and writing. Mr. Carr possessed a Tankerman License that expired in November of 2019.

**Work History:**

Dating back to his time after leaving high school, Mr. Carr reported he worked for about 20 years as a ***Fisherman***. It was in the early 1990's he began working as a ***Deckhand*** for Superior Towing. He worked in this capacity for about two years earning $170.00 per day. Thereafter, Mr. Carr became a Foreman for Signal International where his duties were working as a ***Scaffold Builder***. He worked for this company for three to four years earning $19.00 per hour. Mr. Carr recalls then working for Crescent River Port Pilots as a ***Boatman*** where he was the captain of a crew boat. He performed this work for six years earning $225.00 per day. Mr. Carr then spent one year as a ***Deckhand*** for CJ Towing before

becoming employed with Enterprise Products, Marine Division. Mr. Carr worked as a ***Tankerman*** where his duties consisted of unloading and loading equipment off and onto the barge, boat maintenance, discharging barges, connecting hoses, and numerous similar duties of a Deckhand. Mr. Carr began working for Enterprise in about 2012 with starting earnings of $150.00 per day. Over the six years of his employment his earnings rose to $305.00 per day plus benefits. His schedule involved working 14 days on and 7 days off. He has not worked since the time of his accident, 11/28/2018. Below is a summary of Mr. Carr's earnings from the years 2013 through 2018:

| Tax Year | Wages, Salaries, Tips, etc. |
|---|---|
| 2013 | $31,211.00 |
| 2014 | $42,065.00 |
| 2015 | $62,223.00 |
| 2016 | $71,364.00 |
| 2017 | $65,621.00 |
| 2018 | $43,080.00 |

**Vocational Test Results:**
The Woodcock-Johnson Test of Achievement was administered for purposes of measuring scholastic aptitudes and achievement. The following outlines the testing results:

| Subtest | Subtest Standard Score | Age Equivalent | Grade Equivalent |
|---|---|---|---|
| Letter-Word Identification | 55 | 11-0 | 5.3 |
| Calculation | 22 | 12-4 | 6.7 |
| Passage Comprehension | 35 | 13-10 | 8.9 |
| Applied Problems | 40 | 12-3 | 6.8 |

## Vocational Analysis:

Mr. Carr's long term vocational goal was pursuing a career as a **Boat Captain**. He reported he became employed as a Tankerman in effort to work towards his vocational goal. At the time of his injury, Mr. Carr held a Tankerman's license and had approximately one year of schooling ahead of him to become a Captain. He would have had to attend school while continuing to work as a Tankerman in effort to continue to gain maritime hours, thus having the ability to achieve the level of Captain likely within one to three years. As a **Captain** he would have had the capacity to earn $600.00 - $700.00 per day.

Based on Mr. Carr's work history, he has worked in medium (exerting force of 20-50 lbs. occasionally, 10-25 lbs. frequently, or up to 10 lbs. constantly.) to heavy (exerting force of 50-100 lbs. occasionally, or 25-50 lbs. frequently, or 10-20 lbs. constantly) semi-skilled occupations, requiring an average general educational development. In formulating an opinion regarding Mr. Carr's employability, and expected earnings, his ability to return to his past occupation is the first outcome considered. If it is determined that he is unable to return to his past occupation, consideration is then given regarding his ability to return to jobs that he has held in his past, as returning to employment previously held

allows for an easier adjustment and transition back into the labor market. Additionally, research may be conducted regarding alternate types of jobs that exist in the labor market that he may be capable of performing.

The opinion of Mr. Carr's treating physicians, Dr. Folse and Dr. Dietze were considered in this matter. Notwithstanding surgical intervention, Dr. Folse and Dr. Dietze agree with the FCE findings that Mr. Carr could perform a limited range of light work with alternating sitting and standing, thus ruling out all past occupations. Per Dr. Dietze, Mr. Carr will more probable than not undergo surgical intervention in the near future, at which point his physical abilities and restrictions would need to be re-assessed post-operatively. If post-operatively Mr. Carr can perform sedentary to a limited range of light work, given his age, education (10th grade), testing results (5.3 – 8.9 grade equivalent), and past work of manual labor primarily in the marine industry, I believe Mr. Carr would at best qualify for entry level employment where wages according to the Department of Labor Statistics typically range from $7.25 - $10.00 per hour. Post-operatively, a labor market survey could be conducted to gather more specific information.

## Future Medical Care Chart:

The recommendations outlined below are based on a review of medical records, information gathered during our interview, as well as recommendations outlined by Dr. Dietze. The lifetime cost estimates are calculated based on the 18.8 year life expectancy of Mr. Carr. This information is strictly statistical and does not take into consideration any personal health or lifestyle information.

***Future Routine Care; office visits:***

| Provider/Service | Duration | Frequency during lifetime | Unit Cost | Annual Cost | Lifetime Cost |
|---|---|---|---|---|---|
| Spine Surgeon | Life Expectancy | 4 visits per year | $120.00 - $350.00 | $480.00 - $1,400.00 | $9,024.00 - $26,320.00 |

***Laboratories/Diagnostics:***

| Provider/Service | Duration | Frequency during lifetime | Unit Cost | Annual Cost | Lifetime Cost |
|---|---|---|---|---|---|
| Discogram | Short Term | Once | $1,550.00 - $2,350.00 | N/A | $1,550.00 - $2,350.00 |
| Lumbar X-Rays | Life Expectancy | 1 every 5 years | $75.00 - $100.00 | $15.00 - $20.00 | $282.00 - $376.00 |
| Lumbar MRI or CT | Life Expectancy | 1 every 5 years | $640.00 - $900.00 | $128.00 - $180.00 | $2406.40 - $3,384.00 |

***Therapeutic Modalities:***

| Provider/Service | Duration | Frequency during lifetime | Unit Cost | Annual Cost | Lifetime Cost |
|---|---|---|---|---|---|
| Physical Therapy *for flare-ups* | Every 5 years | 12-24 visits per year | $82.50 - $125.00 | $198.00 - $600.00 | $3,722.40 - $11,280.00 |

***Equipment and Supplies:***

| Provider/Service | Duration | Frequency during lifetime | Unit Cost | Annual Cost | Lifetime Cost |
|---|---|---|---|---|---|
| Heating Pad | Life Expectancy | Typical replacement every 5 years | $12.99 - $29.99 | $2.59 - $5.99 | $48.84 - $112.76 |

***Medications:*** Brand and Generic prices are utilized

| Medication | Duration | Frequency | Unit Cost | Annual Cost | Lifetime Cost |
|---|---|---|---|---|---|
| Norco 10-325mg | 1 -2 years | 2 tablets daily | $0.39 - $5.07 | $15.14 - $393.73 | $284.70 - $7,402.20 |
| Cyclobenzaprine 10 mg (brand no longer available) | 1 – 2 years | 1 tablet per day | $0.40 - $0.51 | $7.76 - $19.80 | $146.00 - $372.30 |
| Klonopin 0.5 mg | Life Expectancy | 1 at bedtime | $0.32 - $2.99 | $116.80 - $1,091.35 | $2,195.84 - $20,517.38 |
| Oxycodone 10-325mg | Life Expectancy | 60 tablets once yearly for flare-ups | $0.29 - $8.60 | $17.40 - $516.00 | $327.12 - $9,700.80 |

***Future Surgical Indications:***

According to Dr. Dietze, surgical intervention is more probable than not, and the only long term pain resolution. Thus, he believes with greater than 50% probability Mr. Carr will be required to undergo either an Endoscopic Discectomy with Thermal Annuloplasty or 2 Level Lumbar Fusion. Appropriate surgical costs for both Scenarios are outlined below:

| | |
|---|---|
| **Scenario 1:** **Endoscopic Discectomy with Thermal Annuloplasty** (*includes MD fee, MD assistant fee, anesthesia fee, pre-op visit, and facility fee*) | $ 63,000.00 - $83,000.00 |
| **Pre-Operative Labs** (*includes blood work and Chest x-ray*) | $177.00 - $298.00 |
| **Post-Operative Care** (*includes 18 sessions of physical therapy, 4 follow-up MD visits with x-rays, 2 post-op CT scans, and medications to include 14 days of Oxycodone 10/325 mg 3-4 times per day, and 2 – 6 weeks of Hydrocodone 10/325mg, 3 – 4 times per day*) | $3,134.60 - $7,083.60 |

| | |
|---|---|
| **Scenario 2:** **2 Level Lumbar Fusion** (*includes MD fee, MD assistant fee, anesthesia fee, pre-op visit, spinal cord monitoring, and facility fee*) | $ 164,950.00 - $191,725.00 |
| **Pre-Operative Labs** (*includes blood work and Chest x-ray*) | $177.00 - $298.00 |

| | |
|---|---|
| **Post-Operative Care**<br>(*includes 18 sessions of physical therapy, 4 follow-up MD visits with x-rays, 2 post-op CT scans, and medications to include 14 days of Oxycodone 10/325 mg 3-4 times per day, and 2 – 6 weeks of Hydrocodone 10/325mg, 3 – 4 times per day*) | $3,134.60 - $7,083.60 |

## Future Medical Cost Summary:

| | Low | Mean | High |
|---|---|---|---|
| Annual Costs: | $980.69 | $2603.78 | $4,226.87 |
| Total Lifetime Costs (18.8 years): | $19,987.30 | $50,901.37 | $81,815.44 |
| **Lifetime Costs + Scenario 1:** | **$86,298.90** | **$129,248.15** | **$172,197.40** |
| **Lifetime Costs + Scenario 2:** | **$188,248.90** | **$234,585.47** | **$280,922.04** |

---

This report has been formulated through my interview with Mr. Carr, records received and reviewed, correspondence with Mr. Carr's treating physician, as well as research with vendors, care providers, pharmacies, and any other associated suppliers. This document is active in nature, as such, it can be modified at any time based on Mr. Carr's change in medical status or treatment, and/or any additional information provided.

I appreciate the opportunity to provide support in this matter. Should you or your office have any questions or require additional assistance, please feel free to contact me at any time.

Submitted by,



Kasey L. Crawford, MHS, LRC, CRC, CCM, CLCP

Licensed Rehabilitation Counselor #699

Certified Life Care Planner #1548