G. RANDOLPH RICE, PH. D.

ECONOMICS
7048 MONITEAU COURT
BATON ROUGE, LOUISIANA 70809

PROFESSOR EMERITUS
ECONOMICS
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LOUISIANA

(225) 927-4546
(225) 921-7071
FAX (225) 927-2568
grrice12@yahoo.com

September 24, 2020

Mr. Thomas M. Discon
Attorney at Law
424 North Causeway Blvd., Suite A
Mandeville, LA 70448

Re: *Mr. Robert Carr*

Dear Mr. Discon:

The following is a summary of some economic calculations that I have prepared pursuant to the trial in which you represent Mr. Robert Carr, scheduled for January 11, 2021.

Materials provided to me in this matter included:

- Cover letter w/Checklist Information (Date of Birth, etc.);
- Tax Returns, 2013-2018 (w/W-2's attached);
- Report: Kasey L. Crawford, MHS, LRC, CRC, CCM, CLCP (Red Zone Consulting Services, L.L.C.); and
- e-mail (9/24/2020) w/requests for career considerations.

Mr. Carr was born [redacted]; the date of his accident was November 28, 2018. According to a current paradigm provided by Skoog, Ciecka and Krueger, *Journal of Forensic Economics*, Mr. Carr's future work-life expectancy from the trial date (i.e., for a male of his age with less than a high school education) is given as +4.43 years. Your office has requested an alternative calculation that assumes Mr. Carr's work-life would extend consecutively until age seventy-four, or +8.75 years from trial.

You noted that at the time of his accident, Mr. Carr's daily rate of pay was $305.00; his work schedule was given as 14 "on"/7 "off." The implied gross annual income is, therefore, $74,216.67 (as a Tankerman). We can readily deduct from this gross yearly amount the appropriate state and federal income taxes to produce the

**EXHIBIT 4**

after-tax counterpart. This latter figure is used as our benchmark income for making the calculations below.

The potential economic losses in this case are comprised of both past and future amounts. The prospective past earnings foregone can be represented by those wages which Mr. Carr might have received from the date of his accident in 2018 until the trial date in 2021 but did not owing to his injuries. Assuming the income level as explained in the preceding paragraph in this regard, an estimate of the past after-tax wage "losses" is $141,632.00.

In viewing future earning capacity, I have simply carried forward the annual income figure noted above for each year of Mr. Carr's subsequent work-life expectancy. This "projection" does not imply that his income will necessarily remain constant; it does, however, imply steady real earnings throughout time. Moreover, since we are ultimately concerned with the current "worth" of these monies, I have applied to the year-to-year values a below-market discount rate of 0.25 percent which represents a relatively conservative value in the range of possible real discount rates, i.e., nominal rates after excluding the inflationary component, as promulgated in, say, the Culver II decision. Finally, we have monitored the proper tax implications per the discount rate, having previously adapted the gross income base for the income tax consequences.

With these data, the alternative discounted/present values of Mr. Carr's future after-tax earning capacity (absent-injury/as a Tankerman) are:

+4.43 subsequent years of work-
life expectancy, Skoog, et al ........................................................ $295,159.00

+8.75 future years of work, or
chronologically to age seventy-four.............................................. $581,530.00

The sums of the past estimate of $141,632.00 and these future amounts are, in turn, **$436,791.00** and **$723,162.00**.

You also outlined a career path absent-injury whereby in +3.0 years from the accident date (11/28/2021) Mr. Carr would have become a Captain. Ms. Crawford reports Captain's pay as $600.00-to-$700.00 per day, or at the mid-point of $650.00 per day (via 14 "on"/7 "off") $158,166.67 per annum. Assuming Tankerman's pay

until 11/28/2021 and Captain's pay thereafter, the present values of future after-tax earning capacity are $531,190.00 (work-life expectancy) and $1,105,786.00 (to age seventy-four). Adding our past estimate of $141,632.00 and these future amounts give totals of **$672,822.00** and **$1,247,418.00**, respectively.

In the event that Mr. Carr can return to work in the future but at a lesser rate of pay than he previously enjoyed, then the issue becomes the diminution of earnings during the remainder of his work-life (discounted to the trial date). For example, should he be able to secure year-round employment paying the mid-point of the $7.25-to-$10.00 per hour wage range given by Ms. Crawford on this count ($17,940.00 per annum) and retain similar type jobs for the next 4.43/8.75 years, the present values of such (applying the same gross below-market discount as used with the higher income options) are: $78,938.00 (+4.43 years) and $155,079.00 (+8.75 years). Thus, the net future discounted wage "losses" per the circumstances here are:

– Tankerman Wages versus $17,940.00 per annum

+4.42 years of work-life expectancy
[$295,159.00 less $78,938.00]

"Losses" = $216,221.00

+8.75 years to age seventy-four
[$581,530.00 less $155,079.00]

"Losses" = $426,451.00

Adding our past estimate of $141,632.00 and these future "differentials" give overall values, in turn, of **$357,853.00** and **$568,083.00**.

– Tankerman/Captain's Wages vs. $17,940.00/annum

+4.42 years of work-life expectancy
[$531,190.00 less $78,938.00]

"Losses" = $452,252.00

+8.75 years to age seventy-four
[$1,105,786.00 less $155,079.00]

"Losses" = $950,707.00

Adding our past estimate of $141,632.00 and these future "differentials" give totals of **$593,884.00** and **$1,092,339.00**, respectively.

In addition to these wage concerns, you advised that Mr. Carr's "extra expense" to replace his medical, dental and vision benefits via COBRA is $2,131.81 per month (i.e., $2,584.14 versus $452.33). If any of these "extra expenses" have been incurred prior to trial, those amounts should be a matter-of-record. The present values of like future "extra expenses" are: **$113,327.00** (+4.43 years) and **$223,840.00** (+8.75 years).

The Red Zone Consulting Services, L.L.C., outlines FUTURE MEDICAL CARE as:

I. Future Routine Care: office visits
   - Yearly for Life (Spine Surgeon) ....................$480.00-$1,400.00/annum

II. Laboratories/Diagnostics
   - 1x (Discogram) ....................................................$1,550.0000-$2,350.00
   - Every 5 years for life
     *Lumbar X-rays ................................................$75.00-$100.00/rep.
     *Lumbar MRI or CT ....................................... $640.00-$900.00/rep.

III. Therapeutic Modalities
   - Every 5 yrs. for Life (Physical Therapy).......... $990.00-$3,000.00/rep.

IV. Equipment and Supplies
   - Every 5 yrs. for Life (Heating Pad) ........................ $12.99-$29.99 each

V. Medications
   - 1-2 yrs. (Norco & Cyclobenzaprine) ................$430.70-$7,774.50 total
   - Yearly for Life (Klonopin & Oxycodone)....$134.20-$1,607.35/annum

The economic issue of inflation (CPI) vis-à-vis the discount rate begins with the "Real Interest Rate" (aka the Below-Market Discount Rate from above). The "Real Interest Rate" is identified via Treasury Inflation-Protected Securities (TIPS): 0.50% (life-expectancy). The "Equipment and Supplies" expenses are assessed in this fashion. From historical perspective, "Physical Therapy Inflation" is 0.5% > CPI; "General Medical Inflation" is 1.0% > CPI; and "Prescription Medication Inflation" is 1.5% > CPI. Mr. Carr's life-expectancy from the trial date is given as **+17.82 years** [Source: National Center for Health Statistics]. Accordingly, the present values of items as listed are:

| | | **Present Values** |
|---|---|---|
| I. | Future Routine Care: office visits | |
| | – Spine Surgeon | $8,968.00-$26,155.00 |
| II. | Laboratories/Diagnostics | |
| | – Discogram | $1,550.0000-$2,350.00 |
| | – Lumbar X-ray | $312.00-$415.00 |
| | – Lumbar MRI or CT | $2,659.00-$3,739.00 |
| III. | Therapeutic Modalities | |
| | – Physical Therapy | $3,960.00-$12,000.00 |
| IV. | Equipment and Supplies | |
| | – Heating Pad | $50.00-$116.00 |
| V. | Medications | |
| | – Norco & Cyclobenzaprine | $431.00-$7,775.00 |
| | – Klonopin & Oxycodone | $2,630.00-$31,496.00 |
| | – | |

TOTALS = **$20,560.00-to-$84,046.00**

Ms. Crawford notes that "surgical intervention is more probable than not." Two scenarios are given, *viz.*,

Scenario 1: Endoscopic Discectomy w/Thermal Annuloplasty

**$86,298.90** – to - **$129,248.15** – to - **$172,197.40**

Scenario 2: 2 Level Lumbar Fusion

**$188,248.90** – to - **$234,585.47** – to - **$280,922.04**

The "proper selection" from this array of "surgery costs" can be added to the TOTALS ($20,560.00-to-$84,046.00) in providing the appropriate sums.

Please keep me posted of progress toward trial.

Sincerely,

Randy Rice

G. Randolph Rice

GRR:mjn

G. RANDOLPH RICE, PH. D.

ECONOMICS
7048 MONITEAU COURT
BATON ROUGE, LOUISIANA 70809

PROFESSOR EMERITUS
ECONOMICS
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LOUISIANA

(225) 927-4546
(225) 921-7071
FAX (225) 927-2568
grrice12@yahoo.com

September 24, 2020

Mr. Thomas M. Discon
Attorney at Law
424 North Causeway Blvd., Suite A
Mandeville, LA 70448

Invoice for economic work to date
in the ***Robert Carr*** case

- Earning Capacity Calculations…………………$1,200.00
- FUTURE MEDICAL CARE Calculations… $ 750.00

TOTAL = **$1,950.00**

**Less** Payment (9/11/2020)….-$1,200.00

Balance = **$ 750.00**

GRR